**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DIONNE HENDERSON | : | CIVIL ACTION |
| v. | : | |
| DELANEY, et al. | : | NO.  12-4265 |

## ORDER

**AND NOW**, this            day of            , 2012 respondents' time for

filing a response to the petition for writ of habeas corpus is extended to November 17,

2012.

BY THE COURT:

_____

**M. FAITH ANGELL**
**United States Magistrate Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DIONNE HENDERSON                              :        CIVIL ACTION

                    v.                                       :

DELANEY, et al.                                  :        NO.  12-4265

**MOTION FOR ENLARGEMENT OF TIME TO FILE**
**RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS and MOTION**
**FOR PERMISSION TO FILE OUT OF TIME**

The response to this petition for writ of habeas corpus was due yesterday, October

18, 2012.  However, the undersigned respectfully requests permission to file out of time

the present request for extension of time.  Additionally, undersigned counsel finds it

necessary to seek a 30-day extension of this previous deadline in order that she might

provide the Court with a complete and helpful response.

Though the undersigned was assigned this matter about a week ago and she

recorded the due date on her calendar, she failed to notice the entry until she reviewed her

calendar today.  The undersigned respectfully requests permission to file to present

request for extension of time out of time.

In the past sixty days, the undersigned filed a supplemental response in *Brown v.*

*Folino*, Civil Action No. 09-3970 (filed August 24, 2012); and responses in *Anderson v.*

*Wenerowicz,* Civil Action No. 12-1638 (filed September 7, 2012); *Warrington v. Rozum,*

Civil Action No. 12-2693 (filed September 11, 2012); *Burns v. Gavin*, Civil Action No.

12-2006 (filed September 19, 2012) and *Santiago v. Folino*, Civil Action No. 12-4065

(filed October 10, 2012); objections to the grant of the writ in *White v. Lamas*, *et al.*,

Civil Action No. 11-2339 (filed August 31, 2012).  Additionally, the undersigned is

currently drafting the response in *Zodoq El v. Hammond*, Civil Action No. 03-6324; *Saget v. Bickell*, Civil Action No. 12-2047 and *Bracey v. Fisher, Civil Action No. 12-3595*.

Before she can turn her attention to the present case, the undersigned must complete the responses in *Zodoq El, Saget,* and *Bracey*, and file responses *; Lane v. Bickell*, Civil Action No. 12-2828, *Pedroza v. Wenerowicz,* Civil Action No. 12-3364, and *Carter v. Walsh*, Civil Action No. 12-4357, and *Frazier v. Wingard*, Civil Action No. 12-4777, all of which were assigned before the present case.

Additionally, as this Court is aware, the federal litigation unit of the Philadelphia District Attorney's Office has been working with only eight attorneys on staff – one fewer than is typical for the office. One of our senior attorneys retired in the spring and, due to extreme budget cuts, the office has not been able to hire a replacement. Additionally, this unit has one paralegal, who assists with filings; she is out on a medical leave, due to a recent surgery. Finally, one of the remaining eight attorneys in the unit is currently recuperating from a sudden illness, which has strained the resources of the unit further.

Undersigned counsel has reviewed the habeas petition, reviewed this office's internal docket, and is attempting to locate any relevant files this office has relating to the trial and appeals. In light of the foregoing, respondents' best estimate as to the length of time required to obtain the complete record, review the files, and to draft and edit the response is 30 days. This is, of course, only an estimate. Counsel will file the response as soon as possible.

WHEREFORE, respondents respectfully request that they be granted a 30-day enlargement of time to November 17, 2012, in which to file their response to the Petition for Writ of Habeas Corpus.

Respectfully submitted,

SUSAN E. AFFRONTI
Assistant District Attorney

THOMAS W. DOLGENOS
Chief, Federal Litigation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIONNE HENDERSON                              :        CIVIL ACTION


                        v.                    :

DELANEY, et al.                               :        NO.  12-4265


### CERTIFICATE OF SERVICE

      I, SUSAN E. AFFRONTI, hereby certify that on October 19, 2012 a copy of the

foregoing pleading was served by placing same, first-class, postage prepaid, in the U.S.

Mail, addressed to:


                Dionne Henderson
                708286
                Curran Fromhold Correctional Facility
                7901 State Road
                Philadelphia, PA 19136



                *Susan E. Affronti* (signature)

                SUSAN E. AFFRONTI
                Assistant District Attorney
                Philadelphia District Attorney's Office
                Three South Penn Square
                Corner of Juniper and S. Penn. Sq.
                Philadelphia, PA 19107-3499
                (215) 686-5705